UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRELLA IKEDA,<br><br>                              Plaintiff,<br><br>      - against -<br><br>J. SISTERS 57, INC., d/b/a<br>J. SISTERS BEAUTY SALON,<br>JONICE PADILHA and<br>ANTONIO LUIS ROSA,<br><br>                              Defendants. | Index No. 14-CV-3570<br><br>**NOTICE OF MOTION**<br><br>**Judge Edgardo Ramos**<br><br>**Opposition Due: 12/31/14**<br>**Reply Due: 1/14/15** |
| J. SISTERS 57, INC., d/b/a<br>J. SISTERS BEAUTY SALON,<br>JONICE PADILHA and<br>ANTONIO LUIS ROSA,<br><br>                              Third-Party Plaintiffs,<br><br>      - against –<br><br>ORGANIC SALON SYSTEMS, INTERNATIONAL<br>HAIR AND BEAUTY SYSTEMS, LLC and<br>HERB UK LIMITED,<br><br>                              Third-Party Defendants. | |

**PLEASE TAKE NOTICE**, that upon the annexed affirmation and exhibits and the pleadings and proceedings had herein, the undersigned will move this Court before the Judge Edgardo Ramos at a hearing to be held on an appropriate date at the courthouse located at 40 Foley Square, Room 617, New York, New York for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure granting a motion to dismiss the Third-Party Complaint in favor of defendants, HERB UK on the grounds that this Court

5294369v.1

1

lacks personal jurisdiction over the defendants, and alternatively, for an Order dismissing all causes of action as against HERB UK pursuant to New York CPLR § 3211(a)(1), (2), (7) and (8).

This Court has directed that the opposition papers are to be served by December 31, 2014, and the reply papers are to be served by January 14, 2015.

Dated:  White Plains, New York
        November 13, 2014

        Yours, etc.

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By: *//S// Electronic Signature Via ECF Filing*
        Adam Detsky, Esq.
        Attorneys for Third-Party Defendant
        HERB UK LIMITED
        1133 Westchester Avenue
        White Plains, NY 10604
        (914) 872-7338 Direct
        (914) 323-7000 Main

TO:

**Charles B. Manuel, Jr.**
Manuel & Rosenfeld, LLP
One Penn Plaza
Suite 2527
New York, NY 10119
(917)-699-9559
(212)-563-7108 (fax)
cbm@manuel-law.net

**Cathleen Ann Giannetta**
Law Offices of Cohen & Kuhn
100 Williams Street, Suite 920
New York, NY 10038
212-553-8761

5294369v.1

3

855-254-1310 (fax)
cathleen.giannetta@thehartford.com

**International Hair and Beauty Systems, LLC**
35095 US 19 North - Suite 200
Palm Harbor, FL 34684