# Manuel & Associates, LLP     ATTORNEYS AT LAW

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792.0044 • F: 212.792.0043

Charles B. Manuel, Jr.
C: 917.699.9559
cbm@manuel-law.net

June 11, 2015

Magistrate Judge James C. Francis
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
*By E-filing*

**Ikeda v. J. Sisters 57, Inc. et al.**
14-CV- 3570

Dear Magistrate Judge Francis,

    We write to respectfully request a conference regarding discovery in the above captioned matter. We have discussed available dates for such a conference with counsel for all parties involved and are available on the following dates:

    June: 15, 23, 24, 26, 29
    July: 1, 9, 20, 21, 22, 23, 24, 27, 28

Respectfully yours,
*Charles B. Manuel, Jr.*
Charles B. Manuel, Jr.

cc:    Cathleen A. Giannetta, Esq.
        Adam J. Detsky Esq.
        William F. Clair, Jr. Esq.
        *By email & ECF*