UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRELLA IKEDA,<br><br>                              Plaintiff,<br>-against-<br><br>J. SISTERS 57, INC. *doing business as*<br>J. SISTERS BEAUTY SALON, JONICE<br>PADILHA, and ANTONIO LUIS ROSA,<br><br>                              Defendants. | Case No.: 14-cv-3570<br><br>Judge Edgardo Ramos |
| J. SISTERS 57, INC., JONICE PADILHA,<br>and ANTONIO LUIS ROSA,<br><br>                              Third-Party Plaintiff,<br>-against-<br><br>ORGANIC SALON SYSTEMS, HERB UK<br>LIMITED, and INTERNATIONAL HAIR AND<br>BEAUTY SYSTEMS, LLC,<br><br>                              Third-Party Defendant. | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Ernest V. Goodwin, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, as counsel for Third-Party Defendant, Herb UK Limited.

5748691v.1

Dated:   White Plains, New York
         November 5, 2015

                                                       _/s/ Ernest V. Goodwin_

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Ernest V. Goodwin, Esq. (Bar # - EG1010)
Attorneys for Defendant
Herb UK Limited
1133 Westchester Avenue
White Plains New York 10604
Tel: 914-323-7000
Fax: 914-323-7001