USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/16/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MYRELLA IKEDA,

              Plaintiff,

    -against-

J. SISTERS 57, INC. d/b/a J. SISTERS BEAUTY
SALON, JONICE PADILHA, and
ANTONIO LUIS ROSA,

              Defendants.
-------------------------------------------------------------X

Index No.: 14-Civ-3570 (ER)

**STIPULATION OF DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed in counterparts without further notice with the Clerk of the Court.

Dated: ~~Islandia~~, New York
       ~~September~~ October 21, 2016

_____
Charles B. Manuel, Jr., Esq.
MANUEL & ASSOCIATES, LLP
*Attorneys for Plaintiff*
One Penn Plaza – Suite 2527
New York, New York 10119
T. 212.792.0044

_____ 10/24/16
Annemarie S. Jones, Esq.
LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendant*
*ANTONIO LUIS ROSA*
One CA Plaza - Suite 225
Islandia, New York 11749
T. 631.755.0101

_____
Timothy Joseph Murphy, Esq.
LAW OFFICES OF STEWART H. FRIEDMAN
*Attorneys for Defendants*
*J. SISTERS 57, INC. d/b/a J. SISTERS* 23 S.
*BEAUTY SALON and JONICE PADILHA*
100 William Street
New York, New York 10038
T. 516.734.2727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MYRELLA IKEDA,

            Plaintiff,

-against-

J. SISTERS 57, INC. d/b/a J. SISTERS BEAUTY
SALON, JONICE PADILHA, and
ANTONIO LUIS ROSA,

            Defendants.
----------------------------------------------------------------X

Index No.: 14-Civ-3570 (ER)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed in counterparts without further notice with the Clerk of the Court.

Dated: Islandia, New York
       October _____, 2016

---

Charles B. Manuel, Jr., Esq.
MANUEL & ASSOCIATES, LLP
*Attorneys for Plaintiff*
One Penn Plaza – Suite 2527
New York, New York 10119
T. 212.792.0044

Annemarie S. Jones, Esq.
LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendant*
*ANTONIO LUIS ROSA*
One CA Plaza – Suite 225
Islandia, New York 11749
T. 631.755.0101

Timothy Joseph Murphy, Esq.
LAW OFFICES OF STEWART H. FRIEDMAN
*Attorneys for Defendants*
*J. SISTERS 57, INC. d/b/a J. SISTERS 23 S.*
*BEAUTY SALON and JONICE PADILHA*
100 William Street
New York, New York 10038
T. 516.734.2727

**SO ORDERED:**

Edgardo Ramos, U.S.D.J
Dated: 11/16/2016
New York, New York